# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:19-CV-02355-T

Plaintiff:
**KIMBERLEE CASIMIRI**

vs.

Defendant:
**SWANK DAY SPA, LLC AND RONETTE V. SWANK, INDIVIDUALLY**


TPL2019199999

For:
Luis Cabassa
Wenzel, Fenton and Cabassa
1110 North Florida Avenue
Suite 300
Tampa, FL 33602

Received by TSI LEGAL on the 7th day of October, 2019 at 9:59 am to be served on **RONETTE V. SWANK, 35587 US HIGHWAY 19N, PALM HARBOR, FL 34684**.

I, CALESHA FLORES, being duly sworn, depose and say that on the **7th day of October, 2019 at 2:09 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Demand for Jury Trial, Notice of Appearance and Judge Assignment** with the date and hour of service endorsed thereon by me, to: **RONETTE V. SWANK** at the address of: **35587 US HIGHWAY 19N, PALM HARBOR, FL 34684**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (27.8422,-82.7950) accuracy 10 m.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Additional Information pertaining to this Service:**
10/7/2019  11:01 am  Attempted service at 35587 US HIGHWAY 19N, PALM HARBOR, FL  34684, Advised by Front Desk Agent, Megan N. subject is not in office. Advised subject should return tomorrow. Agent did call subject to see if she could come in but subject stated was not. Left my phone number with request to reach out to subject and provide to arrange delivery. Attempt location: (28.0957,-82.7382) accuracy 12 m.
10/7/2019  1:09 pm  Received call back with request to meet and deliver documents at 7695 113th st n Seminole fl 33772.
10/7/2019  2:09 pm  Attempted Service.7695 113th st n Seminole fl 33772. Female confirmed was subject and accepted documents

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 170, Hair: Light Brown, Glasses: N

## AFFIDAVIT OF SERVICE For 8:19-CV-02355-T

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true; NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

Subscribed and Sworn to before me on the 7th day of October, 2019 by the affiant who is personally known to me.

_Valera Kristof_
NOTARY PUBLIC



Notary Public State of Florida
Valera Kristof
My Commission GG 914976
Expires 09/19/2023

_Calesha Flores_
CALESHA FLORES
APS 28976

TSI LEGAL
P.O. BOX 173019
TAMPA, FL 33672
(813) 282-0074

Our Job Serial Number: TPL-2019199999
Ref: Casimiri, Kimberlee

base Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida  ▼

| | | |
|---|---|---|
| KIMBERLEE CASIMIRI, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  8:19-cv-02355-T-30JSS |
| SWANK DAY SPA, LLC and RONETTE V. SWANK, individually, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RONETTE V. SWANK
35587 U.S. Highway 19N
Palm Harbor, FL  34684


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luis A. Cabassa
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, FL  33602


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date:  **Sep 24, 2019**                                                                 *LisaSilvia*
                                                                                         *Signature of Clerk or Deputy Clerk*